IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**JEREMY L. DODDS**,　　　　　　　　　　　　　　Civil No. 09-332-AC

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　　　　　　O R D E R

　　v.

**MICHAEL J. ASTRUE**,
Commissioner of Social Security,

　　　　　Defendant.
_____


　　Rory Joseph Linerud
　　Linerud Law Firm
　　P.O. Box 1105
　　Salem, Oregon  97308-1105

　　　　Attorney for Plaintiff

　　Dwight C. Holton
　　United States Attorney
　　District of Oregon

Page 1 - ORDER

Britannia I. Hobbs
Adrian L. Brown
United States Attorney's Office
1000 SW Third Avenue, Suite 600
Portland, Oregon  97204-2902

Thomas M. Elsberry
Lisa Goldoftas
Social Security Administration
Office of the General Counsel
701 Fifth Avenue, Suite 2900, M/S 901
Seattle, Washington  98104-7075

      Attorneys for Defendant

KING, Judge:

The Honorable John V. Acosta, United States Magistrate Judge, filed Findings and Recommendation on December 28, 2010.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT  Magistrate Judge Acosta's Findings and Recommendation dated December 28, 2010 (#19) in its entirety.

IT IS HEREBY ORDERED that the Commissioner's decision is affirmed.

DATED this    25th    day of January, 2011.

                                        /s/ Garr M. King
                                          GARR M. KING
                                    United States District Judge